IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| IN RE: MOTION TO COMPEL COMPLIANCE WITH SUBPOENA DIRECTED TO COOKE LEGAL GROUP, PLLC | Case: 1:19-mc-00148<br>Assigned To : Bates, John D.<br>Assign. Date : 9/6/2019<br>Description: Misc. |
| *UNDERLYING CASES:*<br><br>JAMES OWENS, et al.,<br><br>        Plaintiffs,<br><br>v.<br><br>REPUBLIC OF SUDAN, et al.,<br><br>        Defendants. | Civil Action No. 01-2244 (JDB) |
| JUDITH ABASI MWILA, et al.,<br><br>        Plaintiffs,<br><br>v.<br><br>ISLAMIC REPUBLIC OF IRAN, et al.,<br><br>        Defendants. | Civil Action No 08-1377 (JDB) |
| RIZWAN KHALIQ, et al.,<br><br>        Plaintiffs,<br><br>v.<br><br>REPUBLIC OF SUDAN, et al.,<br><br>        Defendants. | Civil Action No. 10-356 (JDB) |

**PLAINTIFFS' MOTION TO COMPEL COMPLIANCE WITH SUBPOENA DIRECTED
TO NONPARTY COOKE LEGAL GROUP, PLLC**

Plaintiffs in the above-captioned actions, through their undersigned counsel, respectfully move this Court, pursuant to Rules 37 and 45 of the Federal Rules of Civil Procedure, for an order compelling Cooke Legal Group, PLLC ("Cooke Legal") to produce documents in compliance with the third-party subpoena issued on May 1, 2019, within 21 days of the Court's order. Pursuant to Local Civil Rule 7(m), Plaintiffs have conferred with Cooke Legal, which does not consent to this motion. A proposed order is included with this motion.

Dated: September 6, 2019                    Respectfully submitted,

/s/ *Matthew D. McGill*
Matthew D. McGill (Bar No. 481430)
Noah P. Sullivan (Bar No. 1009659)
GIBSON, DUNN & CRUTCHER LLP
1050 Connecticut Avenue, N.W.
Washington, DC 20036
Telephone: 202.955.8500
Facsimile: 202.530.9522
mmcgill@gibsondunn.com

Thomas Fortune Fay
FAY LAW GROUP, P.A.
777 6th Street, N.W., Suite 410
Washington, D.C. 20001
(202) 589-1300

*Attorneys for Plaintiffs*

Jane Carol Norman
BOND & NORMAN LAW, P.C.
777 6th Street, N.W., Suite 410
Washington, D.C. 20001
(202) 682-4100

*Co-counsel for Plaintiffs Khaliq, et al.*

## CERTIFICATE OF SERVICE

I hereby certify that on this 6th day of September, 2019, a true and correct copy of the foregoing document was served on Cooke Legal Group, PLLC via UPS next day mail at 1155 F. Street, N.W., Suite 1050, Washington, D.C., 20004, and via electronic mail at edmundc@cookelegalgroup.com, and on the Defendants who have appeared in the underlying cases. No service is required on Defendant Iran, which is in default for failing to appear. *See* Fed. R. Civ. P. 5(a)(2). A copy of the foregoing document was sent by UPS next day mail to the following counsel of record:

Claire Angela Delelle
Christopher M. Curran
Nicole Erb
White & Case LLP
701 Thirteenth Street, N.W.
Washington, D.C. 20005
ccurran@whitecase.com
cdelelle@whitecase.com
nerb@whitecase.com

*Attorneys for Defendant the Republic of Sudan*


Dated: September 6, 2019                     /s/ *Matthew D. McGill*
                                             Matthew D. McGill