IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| IN RE: MOTION TO COMPEL COMPLIANCE WITH SUBPOENA DIRECTED TO COOKE LEGAL GROUP, PLLC | Misc. Action No. _____ |
| *UNDERLYING CASES:*<br><br>JAMES OWENS, et al.,<br><br>   Plaintiffs,<br><br>v.<br><br>REPUBLIC OF SUDAN, et al.,<br><br>   Defendants. | Civil Action No. 01-2244 (JDB) |
| JUDITH ABASI MWILA, et al.,<br><br>   Plaintiffs,<br><br>v.<br><br>ISLAMIC REPUBLIC OF IRAN, et al.,<br><br>   Defendants. | Civil Action No 08-1377 (JDB) |
| RIZWAN KHALIQ, et al.,<br><br>   Plaintiffs,<br><br>v.<br><br>REPUBLIC OF SUDAN, et al.,<br><br>   Defendants. | Civil Action No. 10-356 (JDB) |

**[PROPOSED] ORDER**

Upon review and consideration of Plaintiffs' Motion to Compel Compliance With Subpoena Directed to Nonparty Cooke Legal Group, PLLC and accompanying materials, and any response thereto, it is hereby:

1. **ORDERED** that Plaintiffs' Motion is **GRANTED**; it is further

2. **ORDERED** that Cooke Legal Group, PLLC shall comply with the Subpoena within 21 days from the date of this Order.

SO ORDERED this ___ day of September, 2019.

_____<br>United States District Judge