IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| IN RE: MOTION TO COMPEL COMPLIANCE WITH SUBPOENA DIRECTED TO COOKE LEGAL GROUP, PLLC | Case: 1:19-mc-00148<br>Assigned To : Bates, John D.<br>Assign. Date : 9/6/2019<br>Description: Misc. |
| *UNDERLYING CASES:*<br><br>JAMES OWENS, et al.,<br><br>        Plaintiffs,<br><br>v.<br><br>REPUBLIC OF SUDAN, et al.,<br><br>        Defendants. | Civil Action No. 01-2244 (JDB) |
| JUDITH ABASI MWILA, et al.,<br><br>        Plaintiffs,<br><br>v.<br><br>ISLAMIC REPUBLIC OF IRAN, et al.,<br><br>        Defendants. | Civil Action No 08-1377 (JDB) |
| RIZWAN KHALIQ, et al.,<br><br>        Plaintiffs,<br><br>v.<br><br>REPUBLIC OF SUDAN, et al.,<br><br>        Defendants. | Civil Action No. 10-356 (JDB) |

**DECLARATION OF NOAH P. SULLIVAN**

I, Noah P. Sullivan, hereby declare as follows:

1. I am an attorney at the law firm of Gibson, Dunn & Crutcher LLP, in Washington, D.C., which is counsel for the Plaintiffs in the above-captioned actions. I am over the age of 18, I have personal knowledge of the facts stated herein, and, if called to testify, I could and would competently testify to these facts.

2. I make this declaration in support of Plaintiffs' Motion to Compel Compliance With Subpoena Directed to Nonparty Cooke Legal Group, PLLC.

I. **Service of Plaintiffs' Third-Party Subpoena**

3. Attached hereto as Exhibit 1 is a true and correct copy of a subpoena directed to Cooke Legal Group, PLLC ("Cooke Legal"), issued on May 1, 2019 (the "Subpoena").

4. Attached hereto as Exhibit 2 is a true and correct copy of Cooke Robotham, LLC's Foreign Agents Registration Act Registration Statement, dated February 14, 2017. I understand that Cooke Legal formerly did business as Cooke Robotham, LLC.

5. On May 1, 2019, Plaintiffs attempted to serve the Subpoena on Cooke Legal via its registered agent, Edmund Cooke, at 1155 F. Street N.W., Washington, D.C. 20004. The process sever informed Plaintiffs that nobody was available to accept service.

6. On May 2, 2019, I emailed a copy of the Subpoena to Edmund Cooke at edmundc@cookelegalgroup.com and sent a copy of the Subpoena by UPS Next Day Air to Edmund Cooke at 1155 F. Street N.W., Washington, D.C. 20004.

7. On May 7, 2019, I spoke with Edmund Cooke by phone, and Mr. Cooke agreed to accept service of the Subpoena through email and to waive personal service.

8. Attached hereto as Exhibit 3 are true and correct copies of emails sent from Noah P. Sullivan to Edmund Cooke on May 2, 2019, May 3, 2019, and May 7, 2019.

## II.     Plaintiffs' Efforts to Negotiate With Cooke Legal

9. Attached hereto as Exhibit 4 is a true and correct copy of an email sent from Noah P. Sullivan to Mr. Cooke on May 8, 2019.

10. On May 13, 2019, I spoke by telephone with Mr. Cooke. Attached hereto as Exhibit 5 is a true and correct copy of an email I sent to Mr. Cooke following that conversation to memorialize our conversation.

11. On May 16, 2019, I spoke by telephone with Mr. Cooke and Mr. Paul Nettleford, who I understand is also a partner at Cooke Legal. Attached hereto as Exhibit 6 is a true and correct copy of an email I sent to Messrs. Cooke and Nettleford memorializing that conversation.

12. On May 23, 2019, I held a teleconference with Messrs. Cooke and Nettleford of Cooke Legal. Attached hereto as Exhibit 7 is a true and correct copy of a letter I sent on May 29, 2019 to Messrs. Cooke and Nettleford memorializing that teleconference and further addressing the issues discussed.

13. We received no response from Cooke Legal to the May 29, 2019 letter.

14. Attached hereto as Exhibit 8 is a true and correct copy of an email I sent to Messrs. Cooke and Nettleford on June 17, 2019, again attaching the May 29, 2019 letter.

15. We received no response from Cooke Legal to the June 17, 2019 email.

16. Attached hereto as Exhibit 9 is a true and correct copy of a letter I sent to Messrs. Cooke and Nettleford on June 28, 2019.

17. We received no response from Cooke Legal to the June 28, 2019 letter.

18. On July 18, 2019, I called Mr. Nettleford to seek Cooke Legal's position on Plaintiffs' motion to compel. He stated that Cooke Legal would oppose the motion.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: September 4, 2019
Washington, D.C.

Noah. P. Sullivan